File Copy

FILED
17 JUN 15 AM 10: 54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MXN

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# EL CENTRO, CA

| | |
|---|---|
| C. Joe Schroeder ) | |
|     Plaintiff ) | Case Number  '17 CV 1210 MMA WVG |
|     VS. ) | |
| SDSU campus police, SD ) | |
| County police, does etc. ) | |
|     Defendants) | |

# CLASS ACTION SUIT FOR DAMAGES

Now come Plaintiff C. Joe Schroeder verse the above named Defendants in suit for civil rights violations as well as intentional, unlawful, planned, & contrived events pertaining to arrest & detention in the San Diego county detention facility. Wherefore, Plaintiffs have suit with merit & the class size of the action is readily being determined the following,

1. It is unlawful under Federal law & state law in most states to require a strip search as a consequence of being in custody.
2. It is unlawful for State employees, plotters, to boast of, brag about, & threaten with potential consequences of facing said

invasion of privacy. San Diego county law enforcement, Sheriff Employees, MTS workers, Coaster security/law enforcement, had been known to boast of "making people Strippers" in the most negative sense of the phrase with innuendo towards the strip joints of the bar industry.

Described Defendants have used or attempted to use shame & disgrace to lower citizens social status & thus their economic status while simultaneously attempting to elevate their own social economic status.

Above noted employees had commented publicly "that guy is going to be a stripper" or "I can't wait to make him or them a stripper(s)", & in doing the above they lost public confidence. In many cases the workers are low self-esteem people with low education levels & a need or desire to utilize a job position to make themselves feel superior, tougher, or increase a macho image they never had previously. These are the wrong motivations to be in law enforcement & said actions are without doubt unlawful. The above does not describe 100% of law enforcement nor likely a majority yet the percentage of law breakers no matter the total are damaging to citizens & visitors alike who could encounter them & a trial in front of their peers is the only answer.

3. The issue has been ruled upon in other major cities where Plaintiff in Class actions have been awarded money for the unlawful

behavior of detention facility employees who are sometimes employees of the sheriff or exclusively detention facility workers.

Cook county, city of Chicago lost a similar class action suit where it was determined that it was unlawful & damaging to subject detainees, who may or may not be guilty of any crime at all, to strip search. The amount of time they take to strip search people individually or in groups is a cost in terms of hourly pay where metal detectors & body scanners could do the work more cost effectively.

The workers in San Diego say, "they need to be sure know drugs are entering our facility", & they mean what they say. Yet, it's not the problem, responsibility, or cause for each individual that enters the facility. Simply said it is not a detainee's problem "what they need" & anyone objecting is met with violence or threats of violence.

Beyond the strip search demand they attempt to demand that people, "turn around bend over & spread their cheeks", that clearly is a ridiculous thing to say to people in custody that is actually there to demean & psychologically control people, their status, & reputation. Some endured the cavity check presumably with a glove, others refused to comply & met threats of violence, actual violence, & false charges.

Unconstitutional in every way the above described behavior must cease immediately.

The lead Plaintiff in civil suit refused to join a group of several detained for their strip search, later refused again with requests including bend over spread & cough & refused to comply with Defendants & was met with violence threats from 7 uniformed county workers who knew Plaintiff had been unlawfully detained without arrest warrant from another county. Further, being detained only for transfer, there was no need to ask for privacy invasion other than to attack the social & financial status for the Plaintiff.

As of now police regularly track, follow, & otherwise follow communication & email the Plaintiff has due to their fear of financial consequences of their actions, & or to steal the profitable & proprietary business information of the Plaintiff. The Plaintiff has unlawfully been denied a restraining order in earlier Federal case where requested lawyer was also ignored in violation of the United States Constitution. The Plaintiff is indigent in the recent Federal case, filed approximately 6 months earlier.

## DAMAGES

The Plaintiff seeks the following remedies,

1. To recognize indigent status in recent Federal case & grant same status in above case.

2. That a restraining order be granted verse SDSU campus police, San Diego county police, The Sheriff's department, & all local law enforcement during the duration of the case. In some jurisdictions a TRO could be filed along with the initial filing. Plaintiff believes the TRO could be filed along with & in the initial filing. Plaintiff believes the TRO could be filed, in this, the initial filing. There is emergency nature & Plaintiff has communicated with on numerous dates the San Diego Mayor's office, the FBI, the United States Department of Justice & they are aware of law enforcement & county detention facilities unlawful actions.
3. Money damages the class seeks as a result of intentional unlawful behavior that resulted in reputation affects & was unconstitutional is in excess of $35 million. A settlement value that would be paid out to members of the class, estimated to be 25,000 people in size, after having paid legal fees & expenses.

The class shall seek all remedies, damages, & compensation available under the law.

The lead Plaintiff may have money damages above & beyond that of the class population. Money damages that have occurred as a result of unlawful actions including impeded launch & marketing of entity website that generates member fees of $15, $25, & $150 for certain membership levels. Damages sought are in excess of $450,000 based on 10,000 members from each of 3 local Universities. Damages for the Defendants copying the entity of the Plaintiff & attempting to

prosper from it. A fellow student said, "Hey I seen your Blank _____ entity advertised on the front of the newspaper delivered to my place", proving attempts to profiteer. Our market research has indicated that 99% of the population has never heard of a TimeBank. The website we have is a platform & could be lucrative as well as beneficial to the community as a social benefit organization. Yet, certain groups are attempting to leverage the Lead Plaintiff & profiteer.

Additionally, damages for the impediment of higher education specifically MBA course work in excess of $100,000. In fall 2016 semester Plaintiff completed 1 of 4 MBA courses commenced. Also, damages for theft of proprietary business information, tablets, cracked iPhones, multiple unlawful requests to leave campus, claim in classroom that MBA candidate RedID Number 832007_ _ _ was not valid in class in front of 30 MBA candidates in January 2017, a request to leave that classroom for no valid reason, & the ongoing threat of police assault, unlawful detention, slander, & libel. Damages in those instances would be $225,000 or more.

The Plaintiff shall seek all remedies & damages including restitution, punitive, expectation damages & any & all remedies & compensation available.

4. Lead Plaintiff seeks file under seal for protection from further reputation manipulation. The actions described above are

surface scratching yet clearly show people with agenda acting unlawfully in positions as government employees.

When necessary lead Plaintiff would amend filing to separate individual damages sought, yet the narration of the occurrence is still relevant to the class action suit. If the legal requirement for Lead Plaintiffs' to severe the cause of action for & legal remedy for, unlawful acts resulting in detention that resulted in the unconstitutional request for strip search & other unconstitutional requests then let Lead Plaintiff amend complaint as necessary.

5. Damages for technological interference are also sought as access to a Pacer account was shut down just days after filing earlier Federal lawsuit noted above. Therefore, it is readily apparent that equal access to the law & equal protection under the law has unconstitutionally been ignored & Plaintiff seeks $100,000 in damages for that ongoing action.

It is obviously the goal of the Defendants to marginalize certain people & keep them marginalized in effort to profiteer from them. This would be a societal problem & it has long been established that the only thing necessary for evil to triumph over good is for good men to do nothing. Doing nothing in reference to above described injustices would empower wrong doing people to keep doing the same wrong & to do more wrong. A society of law means, as all citizens have heard, no one is above the laws of the land. Repeated law breaking would seem to question that axiom.

Wherefore, the Plaintiff brings forth facts with merit & a cause of action under the law let the honorable court grant a case verse the Defendants & let the Defendants be called to answer for the actions & acts that are unlawful & that violate the United States Constitution & the Constitutional rights of citizens.

Cordially,

*C. Joe Schroeder* Pro Per

C. Joe Schroeder Pro Per

6505 S. Kyrene RD

Tempe, AZ 85283

## PROOF OF SERVICE

I, *C. Joe Schroeder*, a non-attorney swear on oath that I served copies of the above complaint for the clerk of the Federal court placing said in US District court 1st class postage prepaid on 5/31/17 in San Diego CA.

X *C. Joe Schroeder* Pro Per



S. Kyrene Rd
Tempe, AZ 85283

U.S. POSTAGE
PAID
SAN DIEGO, CA
92101
MAY 31 17
AMOUNT
$0.14
R2305K131709-17

92243
1000

United States District Court
Clerk of the Court
2003 W Adams Av
El Centro, CA 92243

RECEIVED
JUN 02 2017
BY: SI